IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

      Plaintiff,                        No. 2:12-cv-00708 MCE KJN PS

     v.

OFFICER DONALD BEVINS;
OFFICER BRAD DEWALL; SOLANO
COUNTY SHERIFF'S DEPARTMENT,

      Defendant.                 ORDER

_____/

         On April 12, 2012, the undersigned screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), and recommended that all of plaintiff's claims except his claim alleging violations of his equal protection rights provided by the Fourteenth Amendment to the United States Constitution be dismissed with prejudice.[1] (Order and Findings and Recommendations at 8-9, Dkt. No. 3.) In regards to plaintiff's equal protection claim, the undersigned recommended that plaintiff be granted leave to amend that claim. (Id. at 9.) On May 18, 2012, the district judge assigned to this case adopted the undersigned's recommendations in full and, in relevant part, granted plaintiff leave to allege an equal protection claim. (Order at 2, Dkt. No. 5.)

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Nevertheless, two motions for leave to amend filed by plaintiff are pending before the court (Dkt. Nos. 4, 6).  Both of these motions seek leave to amend the complaint to allege an equal protection claim and are entirely consistent with the order adopting the undersigned's findings and recommendations.  Because plaintiff has already been granted leave to allege an equal protection claim within 30 days of the court's May 18, 2012 order, the court denies plaintiff's motions seeking leave to amend as moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to amend the complaint (Dkt. Nos. 4, 6) are denied as moot.

DATED:  May 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE