IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,

        Plaintiff,                    No. 2:12-cv-00708 MCE KJN PS

    v.

OFFICER DONALD BEVINS;
OFFICER BRAD DEWALL; SOLANO
COUNTY SHERIFF'S DEPARTMENT,

        Defendant.               ORDER
_____/

        Plaintiff is proceeding without counsel and in forma pauperis. Presently before the court for screening, pursuant to 28 U.S.C. § 1915(e)(2), is plaintiff's First Amended Complaint (Dkt. No. 8), which alleges claims pursuant to 42 U.S.C. § 1983 premised on alleged violations of plaintiff's rights to equal protection under the Fourteenth Amendment to the U.S. Constitution.[1]

////

---

[1] The court is required to screen complaints brought by parties proceeding in forma pauperis. See 28 U.S.C. § 1915(e)(2); see also Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc). Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss a case filed pursuant to the in forma pauperis statute if, at any time, it determines that the allegation of poverty is untrue, the action is frivolous or malicious, the complaint fails to state a claim on which relief may be granted, or the action seeks monetary relief against an immune defendant.

1

1    The undersigned cannot conclude on the present record that plaintiff's action is
2 frivolous, that the First Amended Complaint fails to state claims on which relief can be granted,
3 or that plaintiff seeks monetary relief from an immune defendant.  The undersigned reserves
4 decision as to plaintiff's claims until the record is sufficiently developed, and this order in no
5 way precludes defendants from challenging plaintiff's First Amended Complaint through a
6 timely motion pursuant to Federal Rule of Civil Procedure 12 or other appropriate method of
7 challenging plaintiff's pleading.  Therefore, the undersigned orders service of the First Amended
8 Complaint on the following defendants: Officer Donald Bevins, Officer Brad Dewall, and the
9 Solano County Sheriff's Department.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1.   Service of plaintiff's First Amended Complaint is appropriate for the
12 following three defendants: Officer Donald Bevins, Officer Brad Dewall, and the Solano County
13 Sheriff's Department.
14    2.   The Clerk of the Court is directed to issue forthwith all process pursuant to
15 Federal Rule of Civil Procedure 4.
16    3.   The Clerk of Court shall send plaintiff three USM-285 form, one
17 summons, this court's scheduling order, and the forms providing notice of the magistrate judge's
18 availability to exercise jurisdiction for all purposes.
19    4.   Plaintiff is advised that to effectuate service, the U.S. Marshal will require:
20        a.   One completed summons;
21        b.   One completed USM-285 form for each defendant to be served;
22        c.   A copy of the First Amended Complaint for each defendant to be
23 served, with an extra copy for the U.S. Marshal;
24        d.   A copy of this court's scheduling order and related documents for
25 each defendant to be served; and
26        e.   A copy of this order for each defendant to be served.

5. Plaintiff shall supply the United States Marshal, within 30 days from the date this order is filed, all information needed by the Marshal to effectuate service of process, and *shall, within 10 days thereafter, file a statement with the court that such documents have been submitted to the United States Marshal*.

6. The U.S. Marshal shall serve process, along with copies of this order and this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs. *The United States Marshal shall, within 10 days thereafter, file a statement with the court that such documents have been served.* If the U.S. Marshal is unable, for any reason, to effect service of process on any defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

7. If a defendant waives service, the defendant is required to return the signed waiver to the United States Marshal. *The filing of an answer or a responsive motion does not relieve a defendant of this requirement, and the failure to return the signed waiver may subject a defendant to an order to pay the costs of service pursuant to Federal Rule of Civil Procedure 4(d)(2)*.

8. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

9. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rules 110 and 183(a).

IT IS SO ORDERED.

DATED: June 1, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE